BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Kai Medical Laboratory LLC § Case No.: 23−30912−swe7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 8/24/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/S Longoria, Deputy Clerk